UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>         Plaintiff,<br><br> -against-<br><br>YONKERS FAMILY COURT; UNITED STATES D.S. COURT; BRONX LEBANON HOSPITAL; WHITE PLAINS SUPREME COURT; CVR ASSOCIATES INC.; BRONX SUPREME COURT; CITY OF NEW YORK (HRA); NYC MTA,<br><br>         Defendants. | 19-CV-9184 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 12, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 12, 2019
    New York, New York

                     COLLEEN McMAHON
                   Chief United States District Judge